1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CAROLYN SILANE (NYBN 4596235)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6973
7     Facsimile: (415) 436-7234
      E-Mail: carolyn.silane@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )    No. CR 12-71000 MAG
14                                   )
           Plaintiff,                )
15                                   )
           v.                        )    **STIPULATION AND [PROPOSED]**
16                                   )    **ORDER EXCLUDING TIME UNDER 18**
   G. JOHN ROY PANELLI,              )    **U.S.C. § 3161 & FED. R. CRIM. PROC. 5.1**
17                                   )
           Defendant.                )
18                                   )

19

20       On October 16, 2012, the parties in this case appeared before the Court.  At that time, the

21 Court set the matter to November 8, 2012.  For the reasons stated during the hearing, the parties

22 have agreed to exclude the period of time between October 16, 2012 and November 8, 2012 from

23 any time limits applicable under 18 U.S.C. § 3161.  The parties represented that granting the

24 exclusion would allow the reasonable time necessary for effective preparation of counsel.  *See* 18

25 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting

26 such an exclusion of time outweigh the best interests of the public and the defendant in a speedy

27 trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this

28 agreement.

   STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
   CR 12-71000 MAG

1    In addition, the Defendant consented, and the parties agreed that good cause exists, to
2 extend the time for a preliminary hearing, pursuant to Federal Rule of Criminal Procedure 5.1(d).
3 At the hearing, the Court made findings consistent with this agreement.
4
5 SO STIPULATED:
6
7                                                          MELINDA HAAG
                                                           United States Attorney
8
9 DATED: October 16, 2012              _____/s/_____
                                                           CAROLYN SILANE
10                                                         Special Assistant United States Attorney
11
12 DATED: October 16, 2012              _____/s/_____
                                                           DOUGLAS HORNGRAD
13                                                         Attorney for G. JOHN ROY PANELLI
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-71000 MAG

1 [PROPOSED] ORDER

2   For the reasons stated above and at the October 16, 2012 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 16, 2012 and November 8, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

   In addition, the Court finds that good cause exists to extend the time for a preliminary hearing. Fed. R. Crim. Proc. 5.1(d).

   IT IS SO ORDERED.

DATED: 10/22/12

_____
THE HONORABLE JOSEPH C. SPERO
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-71000 MAG