1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  JOHN PANELLI

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           Case Number: CR 3:12-mj-71000-MAG

12       Plaintiff,                    **STIPULATION AND [PROPOSED]**
                                       **ORDER RESCHEDULING**
13       v.                            **PARTIES' APPEARANCE AND**
                                       **EXCLUDING TIME UNDER**
14 JOHN PANELLI,                       **SPEEDY TRIAL ACT**

15       Defendants.
   _____/
16

17       THE PARTIES HEREBY STIPULATE AND RESPECTFULLY request that

18 Mr. Panelli's January 30, 2013, 9:30 a.m. court appearance be vacated and reset for March

19 21, 2013, at 10:00 a.m. [9:30 a.m.] This request is made on the grounds that counsel for Mr. Panelli will

20 be engaged in a no time waiver jury trial in the San Francisco Superior Court on January 30,

21 2013. The request is also made to afford counsel further time to prepare and confer. The

22 parties further stipulate and request that the Court order that time for the preliminary hearing

23 be waived under Rule 5.1 and that time be excluded under the Speedy Trial Act from January

24 30, 2013, to March 21, 2013, for effective preparation of defense counsel (18 U.S.C. §

25 3161(h)(7)(B)(iv)) and further find that the ends of justice served by excluding the period

26 from January 30, 2013, to March 21, 2013, outweigh the best interest of the public and

27 //

28 //

1  the defendant in a speedy trial (18 U.S.C. § 3161(h)(7)(A)).

2

3  Date: January 29, 2013                    /s/ Douglas Horngrad
                                             DOUGLAS I. HORNGRAD
4                                            Attorney for JOHN PANELLI

5

6  Date: January 29, 2013                    /s/ With Consent
                                             CAROLYN SILANE
7                                            Assistant United States Attorney

8

9                          [PROPOSED] ORDER

10

11        IT IS SO ORDERED.

12

13  Date: January 29, 2013                   _____
                                             HONORABLE LAUREL BEELER
14                                           UNITED STATES MAGISTRATE JUDGE

- 2 -