# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| JOHN PANELLI | ) | 13-354 EMC |
| _____ | ) | |
| Defendant | ) | |

**FILED**
JUN 4 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: June 4, 2013

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

D HOFFGRAD
*Printed name of defendant's attorney*

_____
*Judge's signature*

**Laurel Beeler**
United States Magistrate Judge
*Judge's printed name and title*