MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830
    Fax: (415) 436-7234
    Email: kyle.waldinger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-0354 MMC |
|     Plaintiff, ) | |
|   v. ) | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING AND DOCUMENTING EXCLUSION OF TIME** |
| G. JOHN ROY PANELLI, ) | |
|     Defendant. ) | |

    With the agreement of the parties, and with the consent of the defendant G. John Roy Panelli ("defendant"), the Court enters this order (1) continuing the hearing currently set for March 26, 2014, to April 16, 2014, and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 26, 2014 to April 16, 2014.  The Court finds and holds, as follows:

    1.    The parties are currently scheduled to appear before the Court on March 26, 2014.  The parties are actively engaged in discussing a possible resolution of the case, and still need additional time to do so.  Given the respective schedules of counsel and other factors regarding the nature of the proposed disposition, the parties jointly request that the Court continue the hearing to April 16, 2014, for entry of plea.  The parties further stipulate and request that the Court order that time be excluded under

STIPULATION AND [PROPOSED] ORDER
CR 13-0354 MMC

1  the Speedy Trial Act from March 26, 2014, to April 16, 2014, for effective preparation of defense
2  counsel (18 U.S.C. § 3161(h)(7)(B)(iv)) and further agree that the ends of justice served by excluding
3  the period from March 26, 2014, to April 16, 2014, outweigh the best interest of the public and the
4  defendant in a speedy trial (18 U.S.C. § 3161(h)(7)(A)).

5      2.    Based on these facts, the Court finds that, taking into the account the public interest in the
6  prompt disposition of criminal cases, granting the continuance until April 16, 2014, is necessary for
7  effective preparation of defense counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  Given these
8  circumstances, the Court finds that the ends of justice served by excluding the period from March 26,
9  2014, to April 16, 2014 outweigh the best interest of the public and the defendant in a speedy trial.  18
10 U.S.C. § 3161(h)(7)(A).

11     3.    Accordingly, and with the consent of the defendant, the Court (1) continues the March
12 26, 2014, hearing to April 16, 2014; and (2) orders that the period from March 26, 2014 to April 16,
13 2014 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and
14 3161(h)(7)(A) and (B)(iv).

16 SO STIPULATED.

17 DATED: March 24, 2014                 MELINDA HAAG
                                            United States Attorney

19                                             _____/s/_____
                                            KYLE F. WALDINGER
20                                             Assistant United States Attorney

22 DATED: March 24, 2014

23                                             _____/s/_____
                                            DOUGLAS HORNGRAD
                                            Counsel for the defendant
24                                             G. JOHN ROY PANELLI

25
IT IS SO ORDERED.
26

27
DATED: March 24, 2014                 _____
28                                             HON. MAXINE M. CHESNEY
                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 13-0354 MMC