ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: kyle.waldinger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 13-0354 MMC |
|---|---|
| Plaintiff, | ) **PARTIES' JOINT REQUEST (1) FOR REFERRAL TO PROBATION OFFICE FOR PREPARATION OF PRESENTENCE REPORT AND (2) TO SET A SENTENCING DATE**; AND ORDER THEREON |
| v. | |
| JOHN PANELLI, | |
| Defendant. | |

      The parties now jointly request that the Court (1) refer this matter to the Probation Office for preparation of the Presentence Report and (2) set the matter for sentencing on August 29, 2018, a t 2:15 p.m. In support of this request, the parties state as follows:

      1.      On April 16, 2014, the defendant G. John Roy Panelli pleaded guilty to the charges against him in the Superseding Information. The defendant's plea was pursuant to a plea agreement in which he agreed to cooperate with the government's investigation and prosecution of other individuals. His plea agreement was placed under seal at the request of the parties.

      2.      At the time of the defendant's entry of plea, based on the defendant's ongoing cooperation with the United States' investigation and prosecution of other individuals, the parties requested that the Court set no sentencing date. Furthermore, the parties requested that no referral be

PARTIES' JOINT REQUEST AND [PROPOSED] ORDER
CR 13-0354 MMC                                                                                                                                  1

made to the Probation Office at that time for the preparation of the Presentence Report. The Court granted both of those requests. Since that time, the Court has set a series of sentencing status dates, which have been continued on paper numerous times pending the trial of the case *United States v. Marcus Felder*, CR 14-0536 MMC.

3. The defendant Panelli had provided information regarding Felder on several occasions before Felder was indicted. Before the Court's suppression orders in this case, the United States anticipated that it was likely that Panelli would testify at the *Felder* trial.

4. Although the defendant Panelli did not testify at the *Felder* trial that was held in February 2018, it is possible that Mr. Panelli may be able to provide cooperation and assistance regarding sentencing in the *Felder* case. That sentencing is now set for May 30, 2018.

5. Accordingly, for all of the reasons set forth above, the parties jointly request (1) that the Court now refer this case to the Probation Office for preparation of the Presentence Report with respect to the defendant Panelli and (2) that the Court set a sentencing date of August 29, 2018, at 2:15 p.m., for the defendant Panelli.

A proposed Order is submitted herewith.

Dated: March 7, 2018  ALEX G. TSE
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KYLE F. WALDINGER
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: March 7, 2018  /s/
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOUGLAS HORNGRAD
　　　　　　　　　　　　　　　　　　　　Attorney for defendant G. John Roy Panelli

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

For the reasons stated in the parties' Joint Request, the Court hereby refers this case to the Probation Office for preparation of a presentence investigation report. Sentencing in this matter is set for August 29, 2018, at 2:15 p.m.

Dated this  8th   day of March, 2018.

*/s/ Maxine M. Chesney*
HON. MAXINE M. CHESNEY
United States District Judge