UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 13-0354 MMC |
| ) | |
| Plaintiff, ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| G. JOHN ROY PANELLI, ) | |
| ) | |
| Defendant. ) | |

On October 10, 2018, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

1. ACER ASPIRE ONE SERIAL#: LUSAL0D277015217B0160

2. DELL INSPIRION LAPTOP SERIAL#: 436DMA00

3. LENOVO THINK PAD SERIAL#: R9-DYTPN

4. DELL LATITUDE D630 SERIAL#: JF945 A01

5. SONY VAIO SERIAL#: 275463313001401

6. HP PAVILION DV7 SERIAL#: 5CH140K13

7. APPLE LAPTOP MACBOOK AIR SERIAL#: C02FK0SBDJDL

8. HP PAVILION SLIMLINE SERIAL#: 3CR02102QS

9. LENOVO W/POWER CORDS SERIAL#:ES06917122

10. LACIE EXTERNAL HARDDRIVE

11. MICRO SD CARD 4GB QTY: 2 UM: EA

12. PHONE SIM CARD QTY: 5 UM: EA

13. SANSA SCAN DISK

14. IPHONE CREDIT CARD SCANNER

15. FLASH DRIVE – 4 each

16. OREGON SCIENTIFIC W/CORDS

17. SONY MINI DISK AND DVD – 2 each

18. SONY CYBERSHOT DSC T70

19. OLYMPUS STYLUS 710

20. FARGO HDP 820

21. HITI CARD PRINTER CS320

22. KEY # 87237

23. SCALES – 5 each

24. MISCELLANEOUS DOCS

25. MISCELLANEOUS CREDIT CARDS/ID CARDS – 1924 each

26. HYPERCOM CREDIT CARD SCANNER

27. CASH COUNTER W/UV COUNTERFEIT DECTECTOR

28. CIRCUT PERSONAL ELECTRONIC CUTTER

29. MISCELLANEOUS ITEMS FOR ID CARD PRODUCTION

30. CIRCUT PERSONAL ELECTRONIC CUTTER

31. ELTRON P310 CARD PRINTER

32. ZAP 1.2 MILLION VOLT STUN GUN

33. MISCELLANEOUS CREDIT CARDS/ID CARDS – 4 each

34. ROHS CARD SWIPER

35. CREDIT/ID CARDS "FARGO" – 22 each

| | |
|---|---|
| 1 | 36. ID CARD CUTTER |
| 2 | 37. DYMO LABEL MAKER – 2 each |
| 3 | 38. HEAT PRESS |
| 4 | 39. LPR CARD – 4 each |
| 5 | 40. SOCIAL SECURITY CARD – 2 each |
| 6 | 41. IRS TAX ID CARD |
| 7 | 42. MISC DOCS – 2 each |
| 8 | 43. DRIVER'S LICENSE AND PASSPORT – 2 each |
| 9 | 44. CREDIT CARD CUTTER |
| 10 | 45. LAMINATOR |
| 11 | 46. DOCUMENT CUTTER |
| 12 | 47. CREDIT CARD SKIMMER MSR 206 – 2 each |
| 13 | 48. HDP5000 PRINTER WITH CASE |
| 14 | 49. VERIFONE S/N 291-416-714 SERIAL#: 291416714 |
| 15 | 50. VERIFONE S/N 700-003-106 SERIAL#: 700003106 |
| 16 | 51. IMPRINTING MACHINE |
| 17 | 52. MANUAL CARD EMPOSSER |
| 18 | 53. CREDIT CARD MAKER W/CASE |
| 19 | 54. MISC. DRIVER'S LICENSES – 14 each |
| 20 | 55. BLANK CREDIT CARDS – 46 each |
| 21 | 56. EMBOSSED CREDIT CARDS – 52 each |
| 22 | 57. UNEMBOSSED CREDIT CARDS – 115 each |
| 23 | 58. MISC. CARDS – 10 each |
| 24 | 59. 4 WALLETS W/14 CARDS – 18 each |
| 25 | 60. SHOE BOX WITH MISC. ITEMS |
| 26 | 61. CREATE STICKER MACHINE |
| 27 | 62. TARGUS CELL PHONE BOOSTER |
| 28 | 63. DIGITAL SCALES – 7 each |

| | |
|---|---|
| 1 | 64. APPLE IPAD SERIAL#: DMPGN3AUDKNY |
| 2 | 65. LG LAPTOP SERIAL#: 910MSWW010217 |
| 3 | 66. TOSHIBA LAPTOP SERIAL#: 5A271982W |
| 4 | 67. MOTOROLA RAZR PHONE |
| 5 | 68. T-MOBILE PHONE |
| 6 | 69. EXTERNAL DRIVE SPLASH |
| 7 | 70. NOKIA CELL PHONE |
| 8 | 71. HP LAPTOP SERIAL#: CND210MMC2 |
| 9 | 72. HP LAPTOP SERIAL#: TW02420967 |
| 10 | 73. ACER LAPTOP SERIAL#: LUS680669281E7A41601 |
| 11 | 74. GATEWAY LAPTOP SERIAL#: 0027930448 |
| 12 | 75. SONY NOTEBOOK |
| 13 | 76. LG VIRGIN MOBILE PHONE |
| 14 | 77. HTC PHONE |
| 15 | 78. TMOBILE LG |
| 16 | 79. TMOBILE PHONE |
| 17 | 80. MOTOROLA BOOST PHONE |
| 18 | 81. NETSTAR EXTERNAL DRIVE |
| 19 | 82. GATEWAY DESKTOP SERIAL#: 21801104292 |
| 20 | 83. THUMB DRIVES – 21 each |
| 21 | 84. MEDIA STORAGE DEVICES (SD CARDS/SIM) – 12 each |
| 22 | 85. SONY HANYCAM |
| 23 | 86. BLOGGLE DIGITAL RECORDING |
| 24 | 87. NOKIA CELL PHONE |
| 25 | 88. SEAGATE DRIVE SERIAL#: 3LEORZ3T |
| 26 | 89. HITACHI DRIVE |
| 27 | 90. TMOBILE NOKIA |
| 28 | 91. MISC. CDS – 6 each |

92. UNITED STATES PASSPORT 039041150

93. CREDIT CARDS – 3 each

94. CALIFORNIA DRIVER'S LICENSE

95. MISC DOCUMENTS

96. ITHACA GUN COMPANY 1911 SERIAL#: 879738

pursuant to 18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1029(c)(1)(C) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States pursuant to pursuant to 18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1029(c)(1)(C) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: June 12, 2019

HON. MAXINE M. CHESNEY
United States District Judge